# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-2175
Lower Tribunal No. 2024-CA-002105

———————————————

EMILY L. TANNER,

Appellant,

v.

MAZDA MOTOR CORPORATION, MAZDA MOTOR OF AMERICA, INC., GREGORY B. POHL, d/b/a "HONEST ZIGGY'S CAR DEALS", and JOANNE L. POHL, d/b/a "HONEST ZIGGY CAR DEALS",

Appellees.

———————————————

Appeal from the Circuit Court for Lee County.
James Shenko, Judge.

April 28, 2026

PER CURIAM.

AFFIRMED.

STARGEL, GANNAM and PRATT, JJ., concur.


Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellant.

Carol M. Rooney, of Hinshaw & Culbertson LLP, Tampa, and Sarah Hafeez, of Hinshaw & Culbertson LLP, Ft. Lauderdale, for Appellees, Gregory B. Pohl and Joanne L. Pohl, d/b/a "Honest Ziggy's Care Deals.

No Appearance for Appellees, Mazda Motor Corporation and Mazda Motor of America, Inc.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED